United States District Court
Southern District of Texas
**ENTERED**
June 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, )<br>)<br>Plaintiff, )<br>) | CIVIL ACTION |
| vs. )<br>) | FILE No. 4:20-CV-04260 |
| C.B.S. INVESTMENTS INC., )<br>)<br>Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed June 8, 2021, it is hereby ORDERED that this entire action, including all claims that were or could have been asserted, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on __June 9, 2021_____.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE